# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GENIS JAMONTE WILSON,<br><br>                  Plaintiff,<br><br>v.<br><br>MILWAUKEE COUNTY JAIL,<br>RICHARD SCHMIDT, JOSEPH<br>WALL, and SCOTT F. ANDERSON,<br><br>                  Defendants. | Case No. 18-CV-2031-JPS<br><br>**ORDER** |

On December 28, 2018, Plaintiff filed his complaint in this case. (Docket #1). That same day, the Clerk of the Court sent him a letter requesting that he either 1) pay the $400.00 filing fee, or 2) file a motion for leave to proceed *in forma pauperis* (a copy of the form motion was provided with the letter). (Docket #2). If he chose the second option, Plaintiff was also required to provide a certified copy of his prisoner trust account statement for the past six months. *Id*. The Clerk asked that Plaintiff provide those items within twenty-one days. *Id*. That time has now passed and Plaintiff has not complied with the Clerk's requests. The Court will, therefore, order that Plaintiff comply with the Clerk's letter within **fourteen (14) days** from the date of this Order. If he does not, this action will be dismissed for his failure to prosecute it. Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that within **fourteen (14) days** from the date of this Order, Plaintiff shall either 1) pay the $400.00 filing fee owed in this matter, or 2) file a motion for leave to proceed *in forma pauperis*. If Plaintiff chooses

the second option, he must also provide a certified copy of his prisoner trust account statement for the past six months.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge