# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GENIS JAMONTE WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>MILWAUKEE COUNTY JAIL,<br>RICHARD SCHMIDT, JOSEPH<br>WALL, and SCOTT F. ANDERSON,<br><br>        Defendants. | Case No. 18-CV-2031-JPS<br><br>**ORDER** |

  On February 4, 2019, the Court ordered Plaintiff to pay his initial partial filing fee ("IPFF") no later than February 25, 2019, or this action would be dismissed without prejudice. (Docket #9). That date has passed and the Court has not received the IPFF or any other communication from Plaintiff. The Court must, therefore, dismiss this action without prejudice for Plaintiff's failure to pay the initial partial filing fee. Civ. L. R. 41(c). The Court will also deny Plaintiff's motion for leave to proceed without prepayment of the filing fee. (Docket #8).

  Accordingly,

  **IT IS ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee (Docket #8) be and the same is hereby **DENIED**; and

  **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

  The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of February, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge